UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case 1:07-cv-11104-HB   Document 5   Filed 02/04/2008   Page 1 of 5

ELECTRONICALLY FILED   JAN 17 2008
S.D. OF N.Y.

PRO SE OFFICE

RECEIVED
JAN 30 [illegible]
HAROLD [BAER]
U.S. DISTRICT JUDGE
S.D.N.Y.

Lolita Bronzini

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 11104 (HB) ( )

-against-

Classic Security L.L.C.

**APPLICATION FOR THE COURT TO REQUEST COUNSEL**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

1. Name of applicant. **LOLITA BRONZINI**

2. Explain why you feel you need a lawyer in this case. (Use additional paper if necessary)
I AM FOREIGN BORN (LITHUANIA) AND I HAVE NO LAW EDUCATION DEGREE TO DEFEND MYSELF AGAINST MULTI BILLION COMPANY S.L.GREEN AND CLASSIC SECURITY'S LAWYERS. I HAVE TO SUPPORT MY DAYTIME STUDENT, LAURA BRONZINI, EDUCATION, TUITIONS AND LIVING COSTS. I AM 45 AND MY HUSBAND 49 AND WE DON'T HAVE MEDICAL COVERAGE, ALL MY SAVINGS — FOR FUTURE DISABILITY AND FOR EMERGENCY CASES, PENSION FUND.

3. Explain what steps you have taken to find an attorney and with what results. (Use additional paper if necessary)
I CALLED MANY AN ATTORNIES ATTORNIES, BUT ALWAYS RECEIVED THE ANSWER — NO AND IRONICAL ATTITUDE ABOUT MY INCOME — $278 (AFTER TAXES) WEEKLY, MY HUSBAND'S — $320 (AFTER TAXES)

4. If you need a lawyer who speaks in a language other than English, state what language you speak:
IF POSSIBLE RUSSIAN OR LITHUANIAN (BUT NOT NECESSARY)

5. I understand that if a lawyer volunteers to represent me and my lawyer learns that I can afford to pay for a lawyer, the lawyer may give this information to the Court.

6. I understand that if my answers on my Request to Proceed *In Forma Pauperis* are false, my case may be dismissed.

7. **I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 01/16/08

Signature

Rev. 05/2007

Request granted to proceed in forma pauperis and as well that [name] be added to the [panel] list of cases to [be] circulated to [get] counsel, [illegible] [illegible] be [illegible] [illegible] to proceed in this fashion [illegible] [illegible] [illegible] less [illegible] [illegible] $5000 a year

Harold Baer, Jr., U.S.D.J.

_Lolita Bronzini_

(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)

07 Civ. 11104 (AB) ( )

-against-

_Classic Security L.L.C_

**REQUEST TO PROCEED
IN FORMA PAUPERIS
FOR APPLICATION FOR THE
COURT TO REQUEST COUNSEL**

(In the space above enter the full name(s) of the defendant(s)/respondent(s).)

I, _Lolita Bronzini_, (print or type your name) am the plaintiff/petitioner in the above entitled case and I hereby request to proceed *in forma pauperis* and without being required to prepay fees or costs or give security. I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
   a) give the name and address of your employer
   b) state the amount of your earnings per month

   _Classic Security L.L.C. 70 W 36th Street, NY, NY 10018_
   _$1,080.63 (4 weeks, after taxes)_

2. If you are NOT PRESENTLY EMPLOYED:
   a) state the date of start and termination of your last employment
   b) state your earnings per month
   **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

3. Have you received, within the past twelve months, any money from any source? If so, name the source and the amount of money you received.

   _I sold my painting (I am profession artist) on 06/21/07 at Rossetta Stone Fine Art Gallery_

   a) Are you receiving any public benefits?    ☒ No.    ☐ Yes, $_____.
   b) Do you receive any income from any other source?    ☐ No.    ☒ Yes, $ _500.00_.

Rev. 05/2007

2

4. Do you have any money, including any money in a checking or savings account? If so, how much?

☐ No.  ☒ Yes, $11,455. ⟶ 4,100 SAVING ACC. AT CITI BANK - JUST MY DAUGHTERS, LAURA BRONZINI, DAYTIME STUDENTS PART TIME WORKING PAY CHECKS.

ON 19 of NOVEMBER/2007 ⟶ 7,355 - JOINT ACC. WITH MY HUSBAND EIMONT BRONZINI AT CITI BANK

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No.  ☐ Yes, _____

6. Do you pay for (rent) or for a mortgage? If so, how much each month?

☐ No.  ☒ Yes, $886.92 + UTILITIES (+ $100)

7. List the person(s) that you pay money to support and the amount you pay each month.

DAUGHTER LAURA BRONZINI (B. 1985) DAY-TIME STUDENT (FULL TIME) FASHION DESIGN AT F.I.T. AT S.U.N.Y. = $600 + EVERY MONTH TUITION, SUPPLIES, TRANSPORTATION, FOOD, E.T.C.

8. State any special financial circumstances which the Court should consider. I, LOLITA BRONZINI, AM 45+ YEARS OLD, HAVE NO MEDICAL COVERAGE. ALL SAVINGS ARE : FOR SUPPORT MY DAYTIME STUDENT DAUGHTERS, LAURA BRONZINI, EDUTATION TUITIONS AND LIVING COSTS, MY HUSBAND'S, EIMONT BRONZINI, 49+ YEARS OLD, PENSION FUND, FOR FUTURE DISABILITY AND FOR MY HUSBAND'S BACK BONE (SPIN) TRAUUMAS TREATMENT, AND FOR EMERGENCY CASES

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this  16  day of  JANUARY , 2008
           date              month           year

_Bronzini_
Signature

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Lolita Bronzini

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

07 Civ. 11104(HB)( )

- against -

Classic Security L.L.C.

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Lolita Bronzini, declare under penalty of perjury that I have
   *(name)*

served a copy of the attached APPLICATION FOR THE COURT TO REQUEST COUNSEL
   *(document you are serving)*

upon Classic Security L.L.C. whose address is 70 West 36th Street,
   *(name of person served)*                                    New York, NY 10018

   *(where you served document)*

by MAIL
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: Brooklyn, NY
       *(town/city)*   *(state)*

January 17, 2008
*(month)*  *(day)* *(year)*

Signature: Bronzini

Address: 2251 81st Street Apt C-1

City, State: Brooklyn, NY

Zip Code: 11214

Telephone Number: 718 490 3741

*Rev. 05/2007*

Endorsement:

    Request granted to proceed in forma pauperis and as well that plaintiff be added to the list of cases for the panel and circulated so that counsel may be obtained unless to proceed in this fashion you must together make less than $25,000 a year.