**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**
900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084


RECEIVED
MAR 0 4 2008
HAROLD BAER
U.S. DISTRICT JUDGE
S.D.N.Y.

Writer's Direct Dial: (212) 508-6723
E-mail: singer@thshlaw.com

March 4, 2008

**VIA FACSIMILE**

Honorable Harold Baer, Jr.
United States District Judge
United States Courthouse
500 Pearl Street
Chambers 2230
New York, New York 10007
Fax No.: (212) 805-7901

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED 3-6-08
```

Re:   Lolita Bronzini v. Classic Security LLC
      Case No. 07-cv-11104

Dear Judge Baer:

We represent defendant Classic Security LLC in the above-referenced matter. Ms. Bronzini, plaintiff *pro se*, recently amended her complaint. The amended complaint contains a number of substantive changes. On March 3, 2008, after reviewing the amended complaint, we contacted Ms. Bronzini to obtain her consent to an adjournment of defendant's time to respond to the amended complaint. Although we were able to reach Ms. Bronzini, there was some confusion on the part of Ms. Bronzini due to a language barrier and she did not understand our request. The time to respond to the amended complaint is currently March 10, 2008. I am out of the country until March 11, 2008. As a result, we respectfully request an adjournment of defendant's time to answer the amended complaint until March 31, 2008.

If you have any questions, please feel free to contact me.

Respectfully,

Andrew W. Singer

Enclosure

[827971-1]

*[Handwritten note from judge:] March 20 is last civ day. Let us set a trial day in March at 2:30. Be sure all parties understand & I suggest her husband be with you if it is scheduled for anytime. 3/20/08*

SO ORDERED
Harold Baer, Jr., U.S.D.J.
Date: 3/4/08

Endorsement: March 20 is our last conference day in March. Let's do it that day at 2:30, and be sure all parties know and understand. As I gather it her husband has another case with you and it's scheduled for 3/20/08.